```
                                              FILED
                                       U.S. DISTRICT COURT
                                          SAVANNAH DIV.
          IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF GEORGIA   2006 SEP 22  PM 2:49
                     ATHENS DIVISION
                                       CLERK _____
                                        SO. DIST. OF GA.
```

CHARLES A. SHARP and JUDY K.           *
SHARP, as joint personal
representatives of the Estate          *
of KATIE R. SHARP and as Legal
Guardians of DEVIN K. SHARP            *
surviving child of KATIE R.
SHARP,                                 *

      Plaintiffs,                  *

vs.                                    *
                                              CASE NO. NO. 3:06-CV-69 (CDL)
COL. GEORGE A. ELLIS,                  *
in his individual capacity,
                                       *
      Defendant.

## O R D E R

THE COURT having considered the joint motion of the parties to transfer this civil action to the Southern District of Georgia, Savannah Division, the same is hereby granted. The Court concludes that it is for the convenience of the parties and witnesses and in the interest of justice that this matter be transferred to the Southern District of Georgia, Savannah Division, where a similar action rising out of the same set of facts is pending against other defendants. It further appears to the Court that venue and jurisdiction would have been proper in the Southern District of Georgia, Savannah Division, at the time this civil action was brought in the Middle District of Georgia.

A true and certified copy.
This ___9/20___, 20_06_.
GREGORY J. LEONARD, CLERK
U. S. Dist. Court, MD Ga.
By: _____
    DEPUTY CLERK

SO ORDERED this 20th day of September, 2006.

                                          S/Clay D. Land
                                          CLAY D. LAND
                            UNITED STATES DISTRICT JUDGE

CONSENTED TO:

BLASINGAME, BURCH,
GARRARD & ASHLEY, P.C.
Counsel for Plaintiffs
By: /s/
HENRY G. GARRARD, III
Georgia Bar No. 286300
JOSH B. WAGES
Georgia Bar No. 730098

COUNSEL FOR DEFENDANTS

By: /s/
 (by Josh B. Wages
with express permission)
EDDIE SNELLING, JR.
SENIOR ASSISTANT ATTORNEY GENERAL
Georgia Bar No. 665725